UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

**MANDATE**

*FILED FEB 22 2005 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

Date:              2/22/05
Docket Number:     03-7890-cv
Short Title:       Cusick v. City of New Haven
DC Docket Number:  02-CV-1691
DC:                CT/New Haven
DC Judge:          Underhill

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 22nd day of February two thousand five.

Cusick v. City of New Have

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Deborah A. Holmes
Deputy Clerk

*U.S. DISTRICT COURT, NEW HAVEN, CT — FILED 2005 MAR -3  P 2: 39*

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
     DEPUTY CLERK

CERTIFIED:  FEB 22 2005