UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCIS CUSICK, ET AL. | : | |
| | : | |
| VS. | : | NO. 3:02cv1691 (SRU) |
| | : | |
| CITY OF NEW HAVEN, ET AL. | : | MARCH 28, 2005 |

**INDEX TO RECORD ON APPEAL**

DOCUMENT NO.

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Notice of Removal, filed 9/20/02 (Doc. # 1) | 2 |
| Motion to Dismiss by Brian Sullivan, filed 10/21/02 (Doc. #13) | 3 |
| Memorandum in Support of Motion to Dismiss, filed 10/21/02 (Doc. # 14) | 4 |
| Motion to Dismiss by New Haven, filed 10/28/02 (Doc. # 15) | 5 |
| Memorandum in Support of Motion to Dismiss, filed 10/28/02 (Doc. #16) | 6 |
| Motion to Dismiss by Kendall, filed 11/06/02 (Doc. #18) | 7 |
| Memorandum in Support of Motion to Dismiss, filed 11/06/02 (Doc.#19) | 8 |
| Motion to Dismiss by Coppola, Rodriguez, filed 12/18/02 (Doc. #28) | 9 |
| Memorandum in Support of Motion to Dismiss, filed 12/18/02 (Doc. #29) | 10 |
| Plaintiffs' Memorandum in Opposition to Motions to Dismiss, filed 01/15/03 (Doc #31) | 11 |
| Order of Remand, filed 7/31/03 (Doc. #36) | 12 |
| Motion Hearing and Ruling on Motion to Dismiss, filed 8/19/03 (doc. #37) | 13 |
| Notice of Appeal, filed 8/20/03 (doc. #38) | 14 |
| Clerk's Certificate | 12 |

Case 3:02-cv-01691-SRU    Document 42    Filed 04/04/2005    Page 2 of 2