## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s): 03-7890

Frances Cusick, et al

Conn/New Haven
02-cv-1691
Hon. Underhill

Motion for: Motion to Reinstate Appeal

vs.

City of New Haven, et al

Set forth below precise, complete statement of relief sought:
The appellants seek reinstatement of the appeal, which was dismissed for failure to prosecute on 02/22/2005

MOVING PARTY: Frances Cusick, et el
☒ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: City of New Haven, et al

MOVING ATTORNEY: Norman A. Pattis
[name of attorney, with firm, address, phone number and e-mail]
649 Amity Road
Bethany, CT 06524
203-393-3017

OPPOSING ATTORNEY [Name]: Hugh Keefe
[name of attorney, with firm, address, phone number and e-mail]
52 Trumbull Street
New Haven, CT 06510
203-787-0275

See attached for other lawyers

t-Judge/Agency appealed from: U.S.D.J. Stepfan Underhill

;e check appropriate boxes:

consent of opposing counsel:
A. been sought?    ☒ Yes   ☐ No
B. been obtained?  ☐ Yes   ☒ No

al argument requested?   ☐ Yes  ☒ No
uests for oral argument will not necessarily be granted)

argument date of appeal been set?  ☐ Yes  ☒ No
:s, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes  ☐ No

Has this relief been previously sought in this Court?   ☐ Yes  ☐ No

Requested return date and explanation of emergency:

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature] Latisha Gibbs
DEPUTY CLERK

ature of Moving Attorney [signature]   Date: 02/28/2005

Has service been effected?  ☐ Yes  ☒ No
[Attach proof of service]

### ORDER
Before: Hon. Richard C. Wesley, *Circuit Judge*

IT IS HEREBY ORDERED that the motion by appellant's counsel to reinstate the defaulted appeal is GRANTED.

MAR 17 2005

Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by [signature]
Tracy W. Young
Motions Staff Attorney